No. 99–8576. GLOVER *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–905. ARMSTRONG SURGICAL CENTER, INC. *v.* ARMSTRONG COUNTY MEMORIAL HOSPITAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1349. HALE *v.* COMMITTEE ON CHARACTER AND FITNESS OF THE ILLINOIS BAR ET AL. Sup. Ct. Ill. Certiorari denied.

No. 99–1457. DITTMAN *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1490. SOUTH DAKOTA ET AL. *v.* YANKTON SIOUX TRIBE ET AL.; and
No. 99–1683. YANKTON SIOUX TRIBE ET AL. *v.* GAFFEY ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 188 F. 3d 1010.

No. 99–1504. NEDER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–1556. ALCOA INC. ET AL. *v.* BONNEVILLE POWER ADMINISTRATION (two judgments). C. A. 9th Cir. Certiorari denied.

No. 99–1594. BUTTS ET AL. *v.* McNALLY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1623. WASHINGTON ET AL. *v.* CSC CREDIT SERVICES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1677. MYSTIC TRANSPORTATION, INC., ET AL. *v.* CARLTON. C. A. 2d Cir. Certiorari denied.